IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DION T. IBLE,
SOID # 000723401,

    Plaintiff,

v.

SHERIFF NEAL WARREN, et al.,     CIVIL ACTION NO.
    1:17-CV-5480-AT-CMS

    Defendants.

## **ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation [Doc. 2] that Plaintiff's action be dismissed without prejudice as a result of Plaintiff's failure to comply with the Court's directives in a prior order in filing his amended complaint.

No objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. For the reasons stated in Magistrate Judge's Report and Recommendation, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 28th day of February, 2018.

_____
**Amy Totenberg**
**United States District Judge**